468 A.2d 850

Commonwealth v. Holland, Appellant.

Submitted September 30, 1983. Paulette J. Balogh, Assistant Public Defender, for appellant; Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, ROWLEY and POPOVICH, JJ.

Judgment of sentence affirmed.

468 A.2d 850

Commonwealth v. Jasper, Appellant.

Argued February 3, 1983. Francis M. Walsh, Assistant Public Defender, for appellant; J. William Ditter, III, Assistant District Attorney, for Commonwealth, appellee.

Before WIEAND, McEWEN and MONTGOMERY, JJ.

The judgment of sentence of the learned Montgomery County Common Pleas Court Judge William W. Vogel is affirmed.